AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _Texas_

| UNTIED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| v. | |
| Miguel Cobos (1); Emma Ramos (2); Javier Fernando Hernandez (4); Exiquio Lopez (8) and Gilberto Carlos Guerra-Garza (10) | 1:21cr25 (1)(2)(4)(8)(10) |

| PRESIDING JUDGE<br>Keith F. Giblin | PLAINTIFF'S ATTORNEY -<br>Donald Carter | DEFENDANT'S ATTORNEY<br>Norman Silverman; Gary Dennison; Mark Bennett; Ralph Martinez; Juan Guerra |
|---|---|---|
| **Detention Hearing 5/6/2021** | COURT REPORTER<br>Sherré White | COURTROOM DEPUTY<br>Sherré White |

| Called by: | Date Called: | Witness Name |
|---|---|---|
| Donald Carter behalf of the Government | 5/6/2021 | Mark Terry, Special Agent, DEA (W1) |
| Gary Dennison behalf of Emma Ramos(2) | 5/6/2021 | Mireya Ramos (W2) |
| Ralph Martinez behalf of Exiquio Lopez (8) | 5/6/2021 | Ruby Pena-Villarreal (W3) |
| Ralph Martinez behalf of Exiquio Lopez (8) | 5/6/2021 | Midgalia Lopez (W4) |
| Juan Guerra behalf of Gilberto Carlos Guerra-Garza (10) | 5/6/2021 | Ibrahim Salem (W5) |
| Mark Bennett behalf of Javier Hernandez (4) | 5/6/2021 | Dina Crballo-Jones (W6) |
| Norman Silverman behalf of Miguel Cobos (1) | 5/6/2021 | Blanco Cobos (W7) |