In the United States District Court

For the Eastern District of Texas

Beaumont Division

| | |
|---|---|
| United States of America vs. Javier Hernandez | No. 1:21-cr-00025-MAC-ZJH-4 Judge Marcia Crone |

Order on Motion to Modify Conditions of Release

On Mr. Hernandez's motion, his curfew is modified to between

8pm and 4am.

SIGNED this 24th day of August, 2021.

_____

Zack Hawthorn

United States Magistrate Judge